1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FORREST KENDRID,                          No.  2:20-cv-2546 JAM DB P

12                       Plaintiff,

13          v.                                   ORDER

14    CUDJO, et al.,

15                       Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18    1983.  On June 25, 2021, this case was referred to the post-screening ADR Project.  (ECF No.

19    15.)  A settlement conference was conducted before Magistrate Judge Carolyn K. Delaney on

20    October 19, 2021.  (ECF No. 25.)  At that time, this case was not resolved.  (Id.)

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.   The stay of this action is lifted; and

23          2.   Defendant is ordered to file answer or other responsive pleading within thirty days of

24               this order.

25    Dated:  October 25, 2021

26

27
      DB:14
      DB/DB Prisoner Inbox/Civil Rights/R/kend2546.liftstay
28                                                DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28